```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA       :
                               :      INDICTMENT
       v.                      :
                               :      07 Cr.
STEPHEN SAMUELS,               :
                               :
              Defendant.       :
                               :
------------------------------x
```

**07 CRIM 306**



COUNT ONE

The Grand Jury charges:

On or about March 19, 2007, in the Southern District of New York, STEPHEN SAMUELS, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction or about January 6, 1997, of attempted criminal sale of a controlled substance in the fifth degree, a Class E felony, in Kings County Supreme Court, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a loaded Bersa .380 semi-automatic pistol which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

STEPHEN SAMUELS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Grace Lamacchia-Paris*
Foreperson.

*April 13, 2007*
*Indictment filed*
*Case assigned to Judge Cote.*
*Freeman, USMJ*