Your Honor:

April 27th, 2007

This letter is written as a personal reference for Stephen Samuels who I have known for about three years. Mr. Samuels has worked as a Handyman at the facility where I am one of the program directors. Mr. Samuels has always been a very hard-working person who is reliable and a good support for his co-workers. This is a program for older adolescent males aging out of the Foster Care system. Mr. Samuels has been able to assist our young men who reside at Kaplan House by helping to teach them how to clean, perform basic maintenance tasks and develop good work ethics. Mr. Samuels has been an asset to this program and he has been very helpful to me since I've known him.

Please feel free to call me with any questions regarding this letter.

Sincerely,
Hugh C. Browne

JBFCS — Jewish Board of Family and Children's Services, Inc.
TA AND STANLEY H. KAPLAN HOUSE
74 St. Mark's Place
New York, NY 10003
Tel: (212) 477-1565 Ext. 211
Fax: (212) 674-2513
www.jbfcs.org

GH BROWNE