Wednesday April 25, 2007

To whom it may Concern:

My name's Nathaniel Smart. I work at Kaplan House along with Mr. Steve Samuels. I have known him for two years and have found him to be a dedicated and hard worker. He has on many occasions gone beyond the call of duty. He works well with the young men in our program. On a number of occasions he's provided counseling to our clients on a number of issues. He is well liked by his peers and our clients. His presence has been missed and we all wish him well.

Nathaniel Smart
AfterCare ILS Coordinator
Kaplan House
212 477-1565 ex 210.