4/27/07

To Whom It May Concern

I have known and worked with Steve Samuels for two years now. In that time I have known him as a man of good character and a highly motivated individual. He performed his tasks with pride and was always willing to step outside of his assigned job and help with others.

On a more personal note, Steve is a good friend of mine. His ideas about settling into his home and ending his career at Kaplan House were well planned. He encouraged me to think about my future as well. Also he was quite frank about life and its challenges to our young clients here at Kaplan House. He frequently tried to explain to them the idea of working and taking care of yourself.

Kiian Davis
Milieu Counselor