# JBFCS
**Jewish Board of Family and Children's Services, Inc.**

SERVING NEW YORK FOR MORE THAN A CENTURY

74 St. Marks Place
New York, NY 10003

Tel: (212) 477-1565
Fax: (212) 674-2513

## RITA AND STANLEY H. KAPLAN HOUSE

John A Herrmann, Jr
President

Alan B. Siskind, Ph.D.
Executive Vice President & CEO

Anthony E. Mann
Chairperson

Neil Freedman, LMSW
Director

**DIVISIONAL BOARD**
Adam Blockman
Art F. Glazer
Lisa M. Goldman
Parri Beth Irvings
Rita J. Kaplan
Amy L. Krain
Marc J. Landow
Laurie Novick
David Portny
Toby Ellen Sama
Lori Schechter
Debra G. Solfinger
Renée Warren
Rachel Winokur

April 30, 2007

To Whom It May Concern:

Steve Samuels was employed as a porter/handyman at Kaplan House, a division of the Jewish Board of Family and Children's Services, from 2/5/05 to 4/19/07. During his employment here he proved to be a responsible, reliable and hard worker of good character and standing.

If you have any questions please do not hesitate to call me at 212-477-1565, Ext. 205

Sincerely,

Neil Freedman, LMSW
Director

NF/ds



UJA Federation of New York        United Way of New York City