

**JBFCS** Jewish Board of Family and Children's Services, Inc.

**RITA AND STANLEY H. KAPLAN HOUSE**

JULIUS PETTY
Maintenance Supervisor

74 St. Mark's Place
New York, NY 10003
Tel: (212) 477-1565
Ext. 215
Fax: (212) 674-2513
www.jbfcs.org

April 26, 2007

To Whom it May Concern that I'm Julius Petty Stephen Samuel Supervisor at Kaplan House for two years. Stephen has been a very valuable employee, for me and other co-workers. He has been very hard working, and worker it has been a great honor and pleasure working with Mr. Samuel. If possible we would like him back in the family at Kaplan House. if there are any questions I can be reach at the below phone numbers

Sincerely
Julius Petty

1-212-477-1565
1-917-582-6314