To whom it may concern

Stephen Samuels is a hard working dedicated worker. Stephen though he worked as a maintance worker here at Kaplan House he was a great influence on the youth is our care. He would often warn our youth, about the direction their lives were taking. Stephen is a great asset to Kaplan House and is being sorely missed

Thank you
Kenny Grant