April 25, 200[?]

To Whom It May Concern:

I have know Steven Samuels for about two (2) years, we were co-workers. During the time that we worked together Stev was a good listener to both staff and residents when a ear was needed. He also gave advice if asked. I ask that you take this letter into consideration when he stands before you.

Sincerely,
Joy Griffin