9/20/07

Dear Your Honor,

My name is Trenice Wynn and I am writing you on behalf of my brother Stephen Samuels. Stephen has had a rough journey throughout life. He made a lot of mistakes in which he has paid for. Steven turned his life around. He was employed at the Jewish board of family and children services as a maintenence worker. Steven loved his job. He often boasted about having the opportunity to talk to the youth in the program about choosing the right decisions so that they would not make the same mistakes he has made in the past. Your Honor, I am asking you to take in consideration that my brother is a changed man whom fell victim to his emotions. When deciding his fate will you please take in consideration all the good he has done.

Thanks a lot for your time

Trenice Wynn