September 15, 2007

Dear Your Honor:

I'm writing this letter on behalf of my uncle Steven Samuels. All my life I have known him to be a great uncle, brother, and son. I do know that he has made some mistakes in the past in which he has paid for. Growing up I started to see a transition in my uncle. He was more responsible and has become more independent. Steven worked a full-time job and worked out during his leisure time at the gym. He also had a beautiful apartment in which he was very proud of. Steven was accomplishing so many things in his life. I am proud to call him my uncle. I hope that you could find room to be lenient when sentencing Steven.

Thank you,

Pamela W.