10-3-07

You Honor

My Name is Ernestine WYNN. I Am Stephen Samuels Mother. I Am writing this Letter In The Behalf of My Son. I Just Wont you to Know That Stephen That is a very Good person He made a Great Turn Around in his Life He was Not in any Trouble For Some Time He has been Living a Positive Life He Work have his own Apartment pay his Rent Everybody on his Job Like him. He get along Good people he is about to Loose Every Thing He work so hard for. Stephen is a change man He Also has A lot of Respect He Understand people. Would you please consider all of this when you are deciding his Life Thank You

Ernestine