# Certificate of Achievement

Jewish Board of Family and Children's Services
Kaplan House

is hereby granted to:

## STEVEN SAMUELS

### "Most Helpful"

In witness thereof, we have caused this certificate to be signed this 14th day of December in the year 2005

_Neil Freedman_, Director

_Julius Petty_, Maintenance Supervisor

MAY-02-2007 14:01    WYNN BROKERAGE    171865746903    P.11