# Kaplan House

## Certificate of Achievement

Presented to:

**Stephen Samuels**

"Staff of the Month"

September, 2005

_Neil Freedman_, Director

MAY-02-2007 14:01  WYNN BROKERAGE  17186746903  P.14

TOTAL P.14