# Jewish Board of Family and Children's Services
## Certificate of Attendance

*This is to certify that*

### Stephen Samuels

*Has completed a 24 hour course in*

### Cornell Therapeutic Crisis Intervention

Given on: May 17, 18 & 19, 2005

*Hugh Browne, Full Associate Trainer*

*Kenneth Grant Full Associate Trainer*

MAY-02-2007 14:01   WYNN BROKERAGE   17186746903   P.13