```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA           :

          v.                        :     07 Cr. 306 (DLC)

STEPHEN SAMUELS                     :

                                    :

              Defendant.            :

------------------------------------X
```

## DEFENDANT'S SENTENCING MEMORANDUM

**LEONARD F. JOY, ESQ.**
Federal Defenders of New York, Inc.


**JENNIFER L. BROWN, ESQ.**
Attorney for Defendant
  **Stephen Samuels**
52 Duane Street, 10th Floor
New York, New York 10007
Tel.: (212) 417-8722