# JBFCS
**Jewish Board of Family and Children's Services, Inc.**

SERVING NEW YORK FOR MORE THAN A CENTURY

74 St. Marks Place  
New York, NY 10003

Tel: (212) 477-1565  
Fax: (212) 674-2513

# RITA AND STANLEY H. KAPLAN HOUSE

John A Herrmann, Jr
*President*

Alan B. Siskind, Ph.D.
*Executive Vice President & CEO*

Anthony E. Mann
*Chairperson*

Neil Freedman, LMSW
*Director*

**DIVISIONAL BOARD**
Adam Blockman
Art F. Glazer
Lisa M. Goldman
Parri Beth Irvings
Rita J. Kaplan
Amy L. Krain
Marc J. Landow
Laurie Novick
David Portny
Toby Ellen Sama
Lori Schechter
Debra G. Sollinger
Renée Warren
Rachel Winokur

April 30, 2007

To Whom It May Concern:

Steve Samuels was employed as a porter/handyman at Kaplan House, a division of the Jewish Board of Family and Children's Services, from 2/5/05 to 4/19/07. During his employment here he proved to be a responsible, reliable and hard worker of good character and standing.

If you have any questions please do not hesitate to call me at 212-477-1565, Ext. 205

Sincerely,

Neil Freedman, LMSW  
Director

NF/ds



UJA Federation of New York     United Way of New York City