**JBFCS** Jewish Board of Family and Children's Services, Inc.
**RITA AND STANLEY H. KAPLAN HOUSE**

74 St. Mark's Place
New York, NY 10003
Tel: (212) 477-1565
Ext. 215
Fax: (212) 674-2513
www.jbfcs.org

**JULIUS PETTY**
Maintenance Supervisor

April 26, 2007

To whom it may concern that I'm Julius Petty. Stephen Samuel Supervisor at Kaplan House for two years. Stephen has been a very valuable employee, for me and other co-workers. He has been very hard working, and worker. It has been a great honor and pleasure working with Mr. Samuel. If possible we would like him back in the family at Kaplan House. If there are any question I can be reach at the below phone numbers

Sincerely,
Julius Petty

1-212-477-1565
1-917-582-6314