10-3-07

You Honor

My Name is Ernestine Wynn. I Am Stephen Samuels Mother. I Am writing this letter in the behalf of My Son. I Just want you to know that Stephen is a very good person. He made a great turn around in his life. He was not in any trouble for some time. He has been living a positive life. He work have his own apartment pay his rent. Everybody on his Job like him. He get along good people he's about to loose everything he work so hard for. Stephen is a change man he also has a lot of respect he understand people. Would you please consider all of this when you are deciding his life. Thank you

Ernestine