10/10/07

Dear Ms. Brown,

I am writing this letter in behalf of my brother Stephen Samuels. He is facing charges of possession of an illegal firearm. If you look at his pass history, you will see that he hasn't have contact with the legeal system for over 10 years. My brother has change his life. He has become a productive member of society. He has become gainfully employed for the Jewish Board of Children. My brother has worked hard to go from negative to postive. When you are defending my brother please take in considerations these factors.

Thank you,
Sheila Wynn

OCT-11-2007 12:16   WYNN BROKERAGE   17186746903   P.02