Jewish Board of Family and Children's Services
Kaplan House

# Certificate of Achievement

is hereby granted to:

# STEVEN SAMUELS

## "Most Helpful"

In witness thereof, we have caused this certificate to be signed this 14th day of December in the year 2005

*Julius Petty*, Maintenance Supervisor

*Neil Freedman*, Director