*Jewish Board of Family and Children's Services*
*Kaplan House*

## Certificate of Achievement

is hereby granted to:

## STEVE SAMUELS

### "Newcomer of the Year"

In witness thereof, we have caused this certificate to be signed this 14th day of December in the year 2005

_____
*Julius Petty, Maintenance Supervisor*

_____
*Neil Freedman, Director*

MAY-02-2007 14:01   WYNN BROKERAGE   17186746903   P.12