# Kaplan House

## Certificate of Achievement

Presented to:

**Stephen Samuels**

"Staff of the Month"

September, 2005

*[signature]*
Neil Freedman, Director